396 A.2d 38

Commonwealth v. Little, Appellant.

Submitted March 29, 1978. Benjamin Lerner, Defender, for appellant;  Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.